COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-18-00587-CV |
| Style: | Beatrice Adriana Sandoval |
| | **v** Daniel Martinez |
| Date motion filed*: | October 23, 2018 |
| Type of motion: | Motion for reconsideration and motion for extension to file brief |
| Party filing motion: | Appellant |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated?    No

If motion to extend time:

| | |
|---|---|
| Original due date: | October 24, 2018 |
| Number of previous extensions granted: | 0    Current Due date: |
| Date Requested: | December 7, 2018 |

Ordered that motion is:

☐ Granted

       If document is to be filed, document due:

       ☐     The Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: _____

      **We DENY appellant's "Motion to Reconsider the Denial of Request to Abate Appeal." We GRANT appellant's motion for extension to file his brief. Appellant's brief is due December 7, 2018. *See* TEX. R. APP. 10.5(b), 38.6(d).**

Judge's signature:    /s/ Sherry Radack_____
                      ☒ Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date:   __October 30, 2018_____